An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MANUEL FLORES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 57071

**FILED**

APR 0 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of battery with the use of a deadly weapon. Eighth Judicial District Court, Clark County; Kathy A. Hardcastle, Judge.

Appellant Manuel Flores claims that his plea was not knowingly and voluntarily entered because he was the victim of ineffective assistance of counsel. Challenges to the validity of a guilty plea and claims of ineffective assistance of counsel must generally be raised in the district court in the first instance. See Bryant v. State, 102 Nev. 268, 272, 721 P.2d 364, 368 (1986), limited by Smith v. State, 110 Nev. 1009, 1010 n.1, 879 P.2d 60, 61 n.1 (1994); see also O'Guinn v. State, 118 Nev. 849, 851-52, 59 P.3d 488, 489-90 (2002). Flores did not challenge the validity of his plea in the district court and we conclude that the claim is not appropriate for review on direct appeal. See O'Guinn, 118 Nev. at 851-52, 59 P.3d 489-90. Therefore, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10357

cc: Chief Judge, Eighth Judicial District Court
Kerry Louise Earley, District Judge
Craig T. Wormley
Law Offices of Martin Hart, LLC
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A